RECEIVED
10:40 am
JUN 07 2018
CLERK'S OFFICE
SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2018 JUN 11 PM 12: 42

CLERK OF COURT

By:_____

DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR & MANN
111 W Chalan Santo Papa  Ste 503
Hagatna, Guam 96910
Telephone No.: (671) 477-2778
Facsimile No.: (671) 477-4366

Attorneys for Plaintiff:
*DARIUS A. RICHARDSON, M.D.*

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| DARIUS ABDUL RICHARDSON, M.D., <br><br> Plaintiff, <br> vs. <br><br> JEAN LORRAINE RICHARDSON, et al., <br><br> Defendants. | DOMESTIC CASE NO. DM361-01 <br><br> [Proposed] <br> DECISION AND ORDER TO DENY WITHOUT PREJUDICE DEFENDANT'S APPLICATION FOR RENEWAL OF JUDGMENT SERVED SEPTEMBER 30, 2016 |

This  matter came before the Honorable Katherine A. Maraman on June 1, 2018 on the Defendant's Application for Renewal of Judgment.

On or about September 30, 2016, Defendant Jean Richardson served or filed her Application for Renewal of Judgment.  On November 1, 2016, Darius Richardson filed his Opposition.   Jean Richardson served or filed her Response to Opposition to Application for Renewal of Judgment Memorandum on or about December 19, 2016.

On June 1, 2018, the Court ruled from the bench to deny the Application without prejudice.  Based upon those reasons set forth in Plaintiff's Opposition filed on November 1, 2016, among others, the Court finds that Defendant lacks standing to assert any claims or rights of non-party Mr. Theodore E. Jackson.  Defendant is not prejudiced nor impaired from assertion of Defendant's rights, whatever they may be, arising from the Judgment filed on December 3, 2012 in the instant action.

\\SHARESERVER\share\wpdocs2\Dan\Darius Richardson\PLDS 2018\2018 06 Jun\Proposed Decision & Order to deny Deft's Application to Renew Judgment.doc

ORIGINAL

**SO ORDERED THIS** *June 11, 2018* .

*Katherine A. Maraman*

**HONORABLE KATHERINE A. MARAMAN**
Justice, Superior Court of Guam



- 2 -